[No. 33296-1-I.     Division One.     March 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DAM X. NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02731-8, Jo Anne Alumbaugh, J., entered August 9, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker, A.C.J., and Agid, J.

[No. 16054-4-II.     Division Two.     March 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. THERESA L. DENO, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-1-00030-8, James D. Roper, J., entered May 4, 1992. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton, J., and Alexander, J. Pro Tem.

[No. 16689-5-II.     Division Two.     March 21, 1995.]

JOSEPH S. BARRETT, ET AL, *Appellants*, v. RICHARD L. OLSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-2-00686-0, Grant S. Meiner, J., entered December 11, 1992. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Wiggins, JJ.

[No. 18208-4-II.     Division Two.     March 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES HOWARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-02617-1, Vicki L. Hogan, J., entered August 30, 1993. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Wiggins, JJ.